UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANNE DI IORIO,

                Plaintiff,        **SCHEDULING ORDER**
                                                  21-cv-1273 (JMW)

    -against-

THE COUNTY OF SUFFOLK,

                Defendant.
------------------------------------------------------------X

**WICKS,** Magistrate Judge:

      The court having conducted an initial conference with the parties on this date, the following dates and deadlines are established for this case:

**Nov. 18, 2021:**        Exchange of Rule 26(a)(1) disclosures

**Nov. 18, 2021:**        Service of first interrogatories and document demands

**Dec. 16, 2021:**        Responses to first interrogatories and document demands

**Dec. 31, 2021:**        Meet and confer regarding 30(b)(6) depositions

**Apr. 1, 2022:**        Completion of all fact depositions

**Apr. 22, 2022 at 11:00 am:**        Status conference to be held via Zoom. The Court will email a Zoom invitation closer to the conference date.

**Apr. 29, 2022:**        Identification of case-in-chief experts and service of Rule 26 disclosures

**June 3, 2022:**        Identification of rebuttal experts and service of Rule 26 disclosures

**July 1, 2022:**        Close of all discovery, including expert discovery

**July 15, 2022:**        Commencement of summary judgment motion practice: service of a pre-motion letter motion in accordance with the undersigned's Individual Rules. All motions for summary judgment must comply with Rule 56 of the Federal Rules of Civil Procedure as well as Local Civil Rule 56.1 ("Rule 56.1").

1

**July 25, 2022**
**at 9:00 AM:**      Pretrial conference in courtroom 1020 of the Central Islip courthouse. A joint proposed pretrial order in compliance with the undersigned's requirements (*see* §6 of Judge Wicks' Individual Rules) and signed by counsel for each party must be received by the undersigned 5 business days prior to this conference.

This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing and filed in accordance with the undersigned's Individual Rules. The parties are reminded that any requests to alter or extend a scheduling order *after* the deadlines have passed will need to establish good cause and in addition, excusable neglect, in accordance with Fed. R. Civ. P. 6(b)(1)(B).

Motions to resolve discovery disputes must be made by letter in accordance with Local Civil Rules 37.1 & 37.3 and in compliance with additional requirements set forth in the undersigned's Individual Rules, except deposition rulings which the Court encourages be sought during the deposition. Motions that do not comply with all requirements will be rejected.

Dated: Central Islip, New York                    SO ORDERED:
       November 4, 2021

                                                  /S/ *James M. Wicks*
                                                  JAMES M. WICKS
                                                  United States Magistrate Judge